HONORABLE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>           Plaintiffs,<br><br>   v.<br><br>CISCO SYSTEMS, INC.,<br><br>           Defendant. | Case No. 2:17-cv-00527-KKE<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## I. STIPULATION

The parties, by and through their attorneys of record, have resolved this matter and hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims made by all parties in this matter may be dismissed with prejudice. The parties further stipulate and agree that the parties shall each bear their own attorneys' fees, expenses and costs, and that all other relief requested between the parties in this matter should be denied as moot.

STIPULATION AND ORDER OF DISMISSAL - 1
(Case No. 2:17-cv-00527-KKE)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

DATED this 10th day of January, 2024.

| | |
|---|---|
| VAN KAMPEN & CROWE PLLC | HARRIGAN LEYH FARMER & THOMSEN LLP |
| By: *s/Al Van Kampen*<br>    Al Van Kampen, WSBA #13670<br>    P.O. Box 33632<br>    Seattle, WA 98133<br>    Tel: (206) 386-7353<br>    Email: AVanKampen@VKClaw.com | By: *s/Tyler L. Farmer*<br>By: *s/Chelsey L. Mam*<br>    Tyler L. Farmer, WSBA #39912<br>    Chelsey L. Mam, WSBA #44609<br>    999 Third Avenue, Suite 4400<br>    Seattle, WA  98104<br>    Tel:   (206) 623-1700<br>    Fax:   (206) 623-8717<br>    Email:  tylerf@harriganleyh.com<br>    Email:  chelseym@harriganleyh.com |
| PRINCE LOBEL TYE LLP | DESMARAIS LLP |
| By: *s/Aaron S. Jacobs*<br>    Aaron S. Jacobs, MA Bar #677545<br>    One International Place, Suite 3700<br>    Boston, Massachusetts 02110<br>    Tel: 617-456-8000<br>    Email: ajacobs@princelobel.com | By: *s/ John Desmarais*<br>By: *s/ Paul Bondor*<br>By: *s/ Tamir Packin*<br>By: *s/ Lindsey Miller*<br>By: *s/ Michael Rhodes*<br>    John Desmarais, NY Bar #2261782<br>    Paul Bondor, NY Bar #2627040<br>    Tamir Packin, NY Bar #4546683<br>    Lindsey Miller, NY Bar #5095740<br>    Michael Rhodes, NY Bar #5379961<br>    230 Park Avenue<br>    New York, NY 10169<br>    Tel:  (212) 351-3400<br>    Fax:  (212) 351-3401<br>    Email:  jdesmarais@desmaraisllp.com<br>    Email:  pbondor@desmaraisllp.com<br>    Email:  tpackin@desmaraisllp.com<br>    Email:  lmiller@desmaraisllp.com<br>    Email:  mrhodes@desmaraisllp.com |
| **Attorneys for Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A.** | **Attorneys for Defendant Cisco Systems, Inc.** |

STIPULATION AND ORDER OF DISMISSAL - 2
(Case No. 2:17-cv-00527-KKE)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

**ORDER**

The parties' stipulated motion (Dkt. No. 94) is GRANTED.

IT IS HEREBY ORDERED that, pursuant to the stipulation and agreement of the parties, all claims made by all parties in this matter are hereby DISMISSED WITH PREJUDICE.  The parties shall each bear their own attorneys' fees, expenses and costs, and all other relief requested between the parties in this matter is hereby DENIED AS MOOT.

DATED THIS 10th day of January, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

Presented by:

HARRIGAN LEYH FARMER & THOMSEN LLP

By:  *s/Tyler L. Farmer*
By:  *s/Chelsey L. Mam*
    Tyler L. Farmer, WSBA #39912
    Chelsey L. Mam, WSBA #44609
    999 Third Avenue, Suite 4400
    Seattle, WA  98104
    Tel:   (206) 623-1700
    Fax:  (206) 623-8717
    Email:  tylerf@harriganleyh.com
    Email:  chelseym@harriganleyh.com

DESMARAIS LLP

By:  *s/ John Desmarais*
By:  *s/ Paul Bondor*
By:  *s/ Tamir Packin*
By:  *s/ Lindsey Miller*
By:  *s/ Michael Rhodes*
    John Desmarais, NY Bar #2261782
    Paul Bondor, NY Bar #2627040

STIPULATION AND ORDER OF DISMISSAL - 3
(Case No. 2:17-cv-00527-KKE)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

```
        Tamir Packin, NY Bar #4546683
        Lindsey Miller, NY Bar #5095740
        Michael Rhodes, NY Bar #5379961
        230 Park Avenue
        New York, NY 10169
        Tel:  (212) 351-3400
        Fax:  (212) 351-3401
        Email:  jdesmarais@desmaraisllp.com
        Email:  pbondor@desmaraisllp.com
        Email:  tpackin@desmaraisllp.com
        Email:  lmiller@desmaraisllp.com
        Email:  mrhodes@desmaraisllp.com
```

***Attorneys for Defendant Cisco Systems, Inc.***

VAN KAMPEN & CROWE PLLC

By:   *s/Al Van Kampen*
        Al Van Kampen, WSBA #13670
        P.O. Box 33632
        Seattle, WA 98133
        Tel: (206) 386-7353
        Email: AVanKampen@VKClaw.com

PRINCE LOBEL TYE LLP

By:   *s/Aaron S. Jacobs*
        Aaron S. Jacobs, MA Bar #677545
        One International Place, Suite 3700
        Boston, Massachusetts 02110
        Tel: 617-456-8000
        Email: ajacobs@princelobel.com

***Attorneys for Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A.***

STIPULATION AND ORDER OF DISMISSAL - 4
(Case No. 2:17-cv-00527-KKE)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717